UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Cathy Waldor |
| | : | |
| v. | : | Magistrate No. 12-7362 |
| | : | |
| JONATHAN BEARD | : | |
| and | : | |
| GABRIEL RESTREPO | : | **ORDER FOR CONTINUANCE** |

This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (Brian L. Urbano, Assistant U.S. Attorney, appearing) and defendant Gabriel Restrepo (David Glazer, Esq., appearing) for an order granting a continuance of the proceedings in the above-captioned matter from April 14, 2013 through June 23, 2013, to allow the parties to conduct plea negotiations and attempt to finalize a plea agreement, and the defendant being aware that he has the right to have this matter submitted to a grand jury within 30 days of the date of their arrests pursuant to Title 18, United States Code, Section 3161(b), and the defendant having consented to the continuance and waived such right, and for good cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1) Plea negotiations are currently in progress, and both the United States and the defendants desire additional time to negotiate a plea agreement, which would render a trial of this matter unnecessary;

(2) The defendant consents to the continuance; and

(3) Pursuant to Title 18 of the United States Code, Section 3161(h)(8), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

WHEREFORE, IT IS on this 16th day of April 2013,

ORDERED that this action be, and it hereby is, continued April 14, 2013 through June 23, 2013

IT IS FURTHER ORDERED that the period from April 14, 2013 through June 23, 2013 shall be excludable in computing time under the Speedy Trial Act of 1974.

*[signature]*
HONORABLE CATHY WALDOR
UNITED STATES MAGISTRATE JUDGE

I hereby consent to the form
and entry of this Order

*[signature]*
David Glazer, Esq.
ATTORNEY FOR GABRIEL RESTREPO

*[signature]*
BRIAN L. URBANO, AUSA